Response Date: June 10, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| In Re:<br><br>JOSEPH ROBERT MURRAY AND<br>SABRINA ALTEN MURRAY,<br><br><br>Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 17-14133<br><br>NOTICE OF TRUSTEE'S MOTION TO<br>DISMISS CASE AND HEARING |
|---|---|

PLEASE TAKE NOTICE that the Trustee's Motion to Dismiss Case IS SET FOR HEARING as follow:

Judge: Timothy W. Dore   Date: June 17, 2020
Location: **Conference Call Information**   Time: 9:30 am
**Dial: 1-888-363-4749**
**Enter Access Code: 2762430#**
**Press the # sign**
**Enter Security Code when prompted: 5334#**
**Speak your name when prompted**

IF YOU OPPOSE this motion, you must file your written response with the Court Clerk NOT LATER THAN THE RESPONSE DATE, which is June 10, 2020.

IF NO RESPONSE IS TIMELY FILED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

Dated: May 07, 2020

*/s/Jason Wilson-Aguilar*
Jason Wilson-Aguilar
Chapter 13 Trustee
WSBA #33582

Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 Fax: (206) 624-5282

Judge: Timothy W. Dore
Chapter: 13
Hearing Date: June 17, 2020
Hearing Time: 9:30 am
Hearing Location: Telephonic

Response Date: June 10, 2020

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>JOSEPH ROBERT MURRAY AND<br>SABRINA ALTEN MURRAY,<br><br>               Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 17-14133<br><br>TRUSTEE'S MOTION<br>TO DISMISS CASE |

The Trustee moves to dismiss this case pursuant to 11 U.S.C. § 1307(c):

The confirmed Plan requires annualized payments of $175.00 per month. The plan is now delinquent a total of $1,512.50 calculated through 5/7/2020.

THE TRUSTEE REQUESTS that the Court dismiss this case.

Dated: May 07, 2020

/s/ Jason Wilson-Aguilar
Jason Wilson-Aguilar
Chapter 13 Trustee
WSBA #33582

Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle, WA 98101
(206) 624-5124 Fax:(206) 624-5282
www.seattlech13.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>JOSEPH ROBERT MURRAY AND<br>SABRINA ALTEN MURRAY,<br><br>　　　　　　　Debtors. | IN CHAPTER 13 PROCEEDING<br>NO. 17-14133<br><br>Proposed<br>ORDER DISMISSING CASE |

THIS MATTER having come before the Court on the Chapter 13 Trustee's Motion to Dismiss Case, and the Court having reviewed and considered the motion, records and files in this case, it is

ORDERED that this case is dismissed.

/ / /End of Order/ / /

Presented by:

*/s/Jason Wilson-Aguilar*
Jason Wilson-Aguilar, WSBA #33582
Chapter 13 Bankruptcy Trustee
600 University St. #1300
Seattle,WA 98101
(206) 624-5124

ORDER DISMISSING CASE

CM095